UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RONALD S. HERBST,

                Plaintiff,                08 Civ. 2964 (PKC)

  -against-                         RULE 7.1 STATEMENT

METRO-NORTH COMMUTER RAILROAD
and METROPOLITAN TRANSPORTATION
AUTHORITY,

                Defendants.
---------------------------------------------------------------X

METRO-NORTH COMMUTER RAILROAD ("METRO-NORTH") is a public benefit corporation. (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992).)

Accordingly, Rule 7.1 does not apply to Metro-North.

Dated: New York, New York         RICHARD K. BERNARD
       April 24, 2008                   GENERAL COUNSEL

                                        BY:__S/_____
                                          Ioana Wenchell – IW/4775
                                          Attorneys for Defendants
                                          347 Madison Avenue
                                          New York, New York  10017
                                           212-340-2203